No. 81–5466.  BOZEMAN *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 81–5470.  WOODS *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 81–5471.  ZATKO *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5472.  ZATKO *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5476.  OWENS *v.* THORNBURGH.  C. A. 3d Cir. Certiorari denied.

No. 81–5479.  ZATKO *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5480.  ZATKO *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5481.  OUTLAW *v.* LANE.  C. A. 7th Cir.  Certiorari denied.

No. 81–5482.  WHITE *v.* WYRICK ET AL.  C. A. 8th Cir. Certiorari denied.

No. 81–5484.  ALDRIDGE *v.* ENGLE.  C. A. 6th Cir.  Certiorari denied.

No. 81–5490.  ZATKO *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5491.  ZATKO *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 81–5492.  SWEENEY *v.* STRYJAK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–5493.  NAUM *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 81–5494.  PINCHEFF *v.* MICHIGAN.  Ct. App. Mich. Certiorari denied.